United States Courts
Southern District of Texas
FILED
August 09, 2022
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CRIMINAL NO. L-22-CR-1008 |
| SAID ISAAC HERNANDEZ | § § | MGM |

INDICTMENT

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE

Between on or about January 1, 2020, and on or about July 11, 2022, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendant,

**SAID ISAAC HERNANDEZ,**

did knowingly conspire and agree with persons known and unknown to the grand jurors to ship, transport, transfer, cause to be transported, and otherwise dispose of one and more firearms, including, but not limited to, the following:

1) Taurus, G2C, 9mm Handgun, Serial number ADG450360;

2) Taurus, G2C, 9mm Handgun, Serial Number ADC065579;

3) Taurus, G2C, 9mm Handgun, Serial Number ACG987191;

4) Taurus, G2C, 9mm Handgun, Serial Number 1C117986;

5) Taurus International, TX22, .22 Caliber Handgun, Serial Number 1PT516228;

6) Smith & Wesson, M&P Bodyguard, .380 Caliber Handgun, Serial Number KEV2227;

7) Smith & Wesson, M&P, 9mm Handgun, Serial Number HNN9301;

8) Smith & Wesson, M&P Shield EZ, 9mm Handgun, Serial Number NJW1207;

9) Smith & Wesson, M&P Shield EZ, .380 Caliber Handgun, Serial Number NMA1054;

10) Ruger, Security, 9mm Handgun, Serial Number 385-35949;

11) Ruger, LCP, .380 Caliber Handgun, Serial Number 379088661;

12) Ruger, LCP, .380 Caliber Handgun, Serial Number 379084649;

13) Ruger, LCP, .380 Caliber Handgun, Serial Number 379076451;

14) Ruger, EC9S, 9mm Handgun, Serial Number 461-31612;

15) Keltec, CNC Ind., P17, .22 Caliber Handgun, Serial Number GDB12;

16) HS Produkt (IM Metal), XD Mod, 9mm Handgun, Serial Number BA445491; and

17) Canik55, TP-9DA, 9mm Handgun, Serial Number 21BJ14888,

to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony (as defined in section 932(a)), in violation of Title 18, United States Code, Sections 933(a)(1), (a)(3), and (b).

## COUNT TWO

On or about July 11, 2022, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendant,

**SAID ISAAC HERNANDEZ,**

did fraudulently and knowingly export and send, and attempt to export and send from the United States to the United Mexican States, merchandise, articles, and objects, that is:

18) Taurus, G2C, 9mm Handgun, Serial number ADG450360;

19) Taurus, G2C, 9mm Handgun, Serial Number ADC065579;

20) Taurus, G2C, 9mm Handgun, Serial Number ACG987191;

21) Taurus, G2C, 9mm Handgun, Serial Number 1C117986;

22) Taurus International, TX22, .22 Caliber Handgun, Serial Number 1PT516228;

23) Smith & Wesson, M&P Bodyguard, .380 Caliber Handgun, Serial Number KEV2227;

24) Smith & Wesson, M&P, 9mm Handgun, Serial Number HNN9301;

25) Smith & Wesson, M&P Shield EZ, 9mm Handgun, Serial Number NJW1207;

26) Smith & Wesson, M&P Shield EZ, .380 Caliber Handgun, Serial Number NMA1054;

27) Ruger, Security, 9mm Handgun, Serial Number 385-35949;

28) Ruger, LCP, .380 Caliber Handgun, Serial Number 379088661;

29) Ruger, LCP, .380 Caliber Handgun, Serial Number 379084649;

30) Ruger, LCP, .380 Caliber Handgun, Serial Number 379076451;

31) Ruger, EC9S, 9mm Handgun, Serial Number 461-31612;

32) Keltec, CNC Ind., P17, .22 Caliber Handgun, Serial Number GDB12;

33) HS Produkt (IM Metal), XD Mod, 9mm Handgun, Serial Number BA445491; and

34) Canik55, TP-9DA, 9mm Handgun, Serial Number 21BJ14888,

contrary to the laws and regulations of the United States, to wit: Title 50, United States Code, Section 4819(a)(2) and (b) and Title 15, Code of Federal Regulations Section 730, et. seq., and did receive, conceal, buy, sell, and in any manner facilitated the transportation, concealment, and sale of said merchandise, articles, and objects, prior to exportation, knowing the same to be intended for exportation contrary to said laws and regulations of the United States, in violation of Title 18, United States Code, Sections 554 and 2.

## COUNT THREE

On or about June 12, 2022, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**SAID ISAAC HERNANDEZ,**

in connection with the acquisition of a firearm, a Smith & Wesson, M&P, .380 caliber handgun, Serial Number NJV5545, and a Sarsilmaz (SAR Arms), SAR 9, 9 mm Handgun, Serial Number T1102-20BV08896, from Dicks Sporting Goods #4607, a licensed dealer of firearms in Friendswood, Harris County, Texas, within the meaning of Chapter 44, Title 18, United States

Code, knowingly made a false and fictitious written statement to Dicks Sporting Goods #4607, which statement was intended and likely to deceive Dicks Sporting Goods #4607, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant certified on ATF Form 4473 that he resided at a particular address in Austin, Texas, when in truth and in fact he did not reside at that address, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FOUR

On or about June 12, 2022, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**SAID ISAAC HERNANDEZ,**

in connection with the acquisition of a firearm, a Canik55, TP-9SA, 9mm Handgun, Serial Number 22AP00044, and a Taurus, G3, 9mm Handgun, Serial Number ADC068078, from Range USA, a licensed dealer of firearms in Webster, Harris County, Texas, within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Range USA, which statement was intended and likely to deceive Range USA, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant certified on ATF Form 4473 that he resided at a particular address in Austin, Texas, when in truth and in fact he did not reside at that address, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FIVE

On or about June 12, 2022, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**SAID ISAAC HERNANDEZ,**

in connection with the acquisition of a firearm, a Taurus G3, 9mm Handgun, Serial Number ADD192697, and a Ruger, LCP, .380 caliber Handgun, Serial Number 379076261, from Cabela's 472, a licensed dealer of firearms in League City, Galveston County, Texas, within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Cabela's 472, which statement was intended and likely to deceive Cabela's 472, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant certified on ATF Form 4473 that he resided at a particular address in Austin, Texas, when in truth and in fact he did not reside at that address, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## NOTICE OF HOLDINGS SUBJECT TO FORFEITURE

**18 U.S.C. § 933**
**(Count One)**

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461 the United States gives notice to defendant,

**SAID ISAAC HERNANDEZ,**

that upon conviction of a violation of 18 U.S.C. 933, as charged in this Indictment, all merchandise exported or sent from the United States or attempted to be exported or sent from the United States contrary to law, or the proceeds or value thereof, and property used to facilitate the exporting or sending of such merchandise, the attempted exporting or sending of such merchandise, or the receipt, purchase, transportation, concealment, or sale of such merchandise prior to exportation shall be forfeited to the United States and includes, but is not limited to:

1) Taurus, G2C, 9mm Handgun, Serial number ADG450360;
2) Taurus, G2C, 9mm Handgun, Serial Number ADC065579;
3) Taurus, G2C, 9mm Handgun, Serial Number ACG987191;

4) Taurus, G2C, 9mm Handgun, Serial Number 1C117986;

5) Taurus International, TX22, .22 Caliber Handgun, Serial Number 1PT516228;

6) Smith & Wesson, M&P Bodyguard, .380 Caliber Handgun, Serial Number KEV2227;

7) Smith & Wesson, M&P, 9mm Handgun, Serial Number HNN9301;

8) Smith & Wesson, M&P Shield EZ, 9mm Handgun, Serial Number NJW1207;

9) Smith & Wesson, M&P Shield EZ, .380 Caliber Handgun, Serial Number NMA1054;

10) Ruger, Security, 9mm Handgun, Serial Number 385-35949;

11) Ruger, LCP, .380 Caliber Handgun, Serial Number 379088661;

12) Ruger, LCP, .380 Caliber Handgun, Serial Number 379084649;

13) Ruger, LCP, .380 Caliber Handgun, Serial Number 379076451;

14) Ruger, EC9S, 9mm Handgun, Serial Number 461-31612;

15) Keltec, CNC Ind., P17, .22 Caliber Handgun, Serial Number GDB12;

16) HS Produkt (IM Metal), XD Mod, 9mm Handgun, Serial Number BA445491; and

17) Canik55, TP-9DA, 9mm Handgun, Serial Number 21BJ14888.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

Michael Makens
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

## CRIMINAL DOCKET NO. L-22-CR-1008

LAREDO DIVISION

FILE: 22R05182  MAG#: 22-01320

INDICTMENT  Filed: August 9, 2022

Judge: MGM

ATTORNEYS:

UNITED STATES OF AMERICA

JENNIFER B. LOWERY, USA

VS.  MICHAEL MAKENS, AUSA

**SAID ISAAC HERNANDEZ**

**CHARGE:**

| | |
|---|---|
| Ct. 1: | Trafficking of firearms [18 USC § 933(a)] |
| Ct. 2: | Smuggling Goods from the United States [18 USC 554 & 2] |
| Ct. 3-5: | False Statement during purchase of a firearm [18 USC 922(a)(6), 924(a)(2)] |

Notice of Forfeiture

**TOTAL COUNTS: 5**

**PENALTY:**

Ct. 1:  0 to 15 years and/or $250,000 Fine, $100 special assessment, Not more than a three three-year term of supervised release

Ct. 2:  0 to 10 years and/or $250,000 Fine, $100 special assessment, Not ore than three-year term of supervised release

Cts. 3-5:  0 to 10 years and/or $250,000 Fine, $100 special assessment, Not more than a three three-year term of supervised release